UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 23-cv-11977-TSH |
| CELIA CONTELMO, ) | |
| Defendant. ) | |

**ORDER**

**HILLMAN, J.**                                                                                                      **October 6, 2023**

On August 30, 2023, the Court denied without prejudice the *in forma pauperis* motion of *pro se* plaintiff Joel Jeannite.  (Dkt. No. 4).  The Court ordered Jeannite to pay the $402 filing fee or file a renewed motion to proceed *in forma pauperis*.  The Court stated that failure to do so within twenty-one days would result in dismissal of this action.

The deadline for complying with the filing fee order has passed without any response from Jeannite.  Accordingly, the Court orders that this action be dismissed without prejudice for failure to pay the filing fee.

**So Ordered.**

                                                                                                /s/ Timothy S. Hillman
                                                                                                United States District Judge